UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERRY CEDOTAL, ET AL.                          CIVIL ACTION

VERSUS                                         NUMBER: 94-01397

WHITNEY NATIONAL BANK, ET AL.                  SECTION: "S"(5)

O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiffs' objections to the Magistrate Judge's Report and Recommendation, hereby **PARTIALLY SUSTAINS** the plaintiffs' objections and makes the following changes to the Magistrate judge's Report and Recommendation;

1) The court will add 65 hours for Stephanie Bruno's time at a rate of $250.00 per hour.

2) The court will add 45.25 hours to David Scalia's time at a rate of $250.00 per hour.

The Magistrate Judge's Report and Recommendation is otherwise **ADOPTED** as the opinion of the court.

Accordingly,

**IT IS ORDERED** that plaintiffs are awarded attorneys' fees in the sum of One Million Two Hundred Ninety Six Thousand Three Hundred Twenty Three and 28/100 ($1,296,323.28) Dollars.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiffs are awarded costs in the amount of Twenty Thousand Six Hundred Thirty and 49/100 ($20,630.49) Dollars.

New Orleans, Louisiana, this 14th day of January, 2010.

*[signature]*
UNITED STATES DISTRICT JUDGE